DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARVIN MAX PIERRE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2691

[May 26, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case Nos. 502020CF001947A, 502020CF001020A, 502019CF006968A, 502020CF001948A, 502020CF000599A, 502020CF001945A, and 502019CF004869A.

Carey Haughwout, Public Defender, and Logan T. Mohs, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***